**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,          **SCHEDULING ORDER**

      -against-                                   23 Cr. 535 (JCM)

JOSE LEMA,

                        Defendants.
------------------------------------------------------------X

TO ALL PARTIES:

      The Status Conference scheduled for February 22, 2024 at 12:00 p.m. is converted to a Change of Plea Conference and will be held on February 26, 2024 at 2:00 p.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421. Additionally, pursuant to Title 18, United States Code, Section 3161, the time between February 22, 2024 and February 26, 2024 is excluded from calculation under the Speedy Trial Act.

Dated: February 6, 2024
       White Plains, New York

                                                 **SO ORDERED:**

                                                 _____
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge