# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

VIA EMAIL and ECF

The Hon. Judith McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> **SO ORDERED:**
> The sentencing scheduled for May 22, 2024 is adjourned to June 12, 2024 at 2:00 p.m. in Courtroom 421.
>
> *Judith C. McCarthy* 5-15-24
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re:   *United States v. Jose Lema*, 23-cr-535 (JMC)

Dear Judge McCarthy,

I am writing on behalf of Jose Lema, who is scheduled to be sentenced on May 22, 2024. I am moving to adjourn his sentencing for approximately two weeks because I intend to file a brief reply to the government's sentencing letter, which was filed on May 10, 2024. I would also like to review the Final PSR with the client and a Spanish interpreter. The Final PSR was disclosed yesterday, May 14, 2024.

In short, this adjournment is necessary to represent Mr. Lema adequately.

I have discussed this requested adjournment with AUSA Margery Feinzig. She has no objection to a continuance through June 5, but I am unavailable for sentencing on June 5 or June 6. I am available on June 7, but it is my understanding that the Court may not be. As such, I am requesting that sentencing be adjourned to one of the following dates, which I understand are available to the Court.

June 10 at 12:00 p.m.
June 12 at 12:00 p.m.
June 12 at 2:00 p.m.

Respectfully,

Rachel S. Martin

cc: Margery Feinzig, AUSA